UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SCARLETT SNODGRASS | * |
| Plaintiff | * |
| v. | * Civil Action JFM -07-cv-1926 |
| THUAN DUC DANG, M.D., and ATLANTIC GENERAL HOSPITAL CORP. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL OF ATLANTIC GENERAL HOSPTIAL CORPORATION WITHOUT PREJUDICE

The Plaintiff, pursuant to Federal Rule 41(a), hereby stipulates and agrees that all claims against the Defendant Atlantic General Hospital Corporation are dismissed without prejudice. The undersigned agree and stipulate that if the undersigned subsequently serve upon Atlantic General Hospital Corporation an Amended Complaint or Third-Party Complaint in this action, that there will be no objection by the undersigned to all requests made by Atlantic General Hospital Corporation to reopen any and all discovery, including depositions, conducted during said dismissal, to designating defense experts, and to filing of any motions.

*H. Briggs Bedigian/MLS*
H. Briggs Bedigian, Esq #27117
25 Crossroads Drive, Suite 400
Owings Mills, Maryland 21117
*Counsel for the Plaintiff*

Respectfully submitted,

Amy B. Heinrich, Esq #03815
Goodell, DeVries, Leech & Dann, LLP
One South Street – 20th Floor
Baltimore, Maryland 21202
*Counsel for Thuan Duc Dang, M.D.*

Edelman, Sheff, & Smith
180 Admiral Cochrane Dr.
Suite 370
Annapolis, MD 21401

*[signature]*

Michele L. Smith, Esq #012281
Adelman, Sheff & Smith LLC
180 Admiral Cochrane Drive
Suite 370
Annapolis Maryland 21401
*Counsel for Atlantic General Hospital Corp.*