UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SCARLETT SNODGRASS *

      Plaintiff *

v. * Civil Action No. JFM 07 CV 1926

THUAN DUC DANG, M.D. *

      Defendant. *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through counsel, hereby agree to dismiss the above-captioned matter in its entirety with prejudice. Open court costs are to be paid by Defendant Thuan Duc Dang, M.D.

_____     _____
Gary Wais, Esquire                             Amy B. Heinrich (Federal Bar #03815)
H. Briggs Bedigian, Esquire               Tara M. Clary (Federal Bar #26596)
25 Crossroads Drive, Suite 400         Goodell, DeVries, Leech & Dann, LLP
Owings Mills, MD 21117                One South Street, 20th Floor
*Attorneys for Plaintiffs*                     Baltimore, Maryland 21202
                                                        *Attorneys for Defendant,*
                                                        *Thuan Duc Dang, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May 2008, a copy of the foregoing was mailed first-class, postage prepaid, to:

Gary Wais, Esquire
H. Briggs Bedigian, Esquire
25 Crossroads Drive, Suite 400
Owings Mills, MD  21117

*Tara M. Clary*
Tara M. Clary